b18
02/09

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Keisha Renee Newsom**
9078 Gramercy Drive, Apt 92
San Diego, CA 92123

Case number: 15−05524−CL7
Chapter: 7
Judge Christopher B. Latham

Social Security No.: xxx−xx−7341
*Debtor: No Known Aliases*

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 11/23/15

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Southern District of California

In re:                                                           Case No. 15-05524-CL
Keisha Renee Newsom                                              Chapter 7
       Debtor              CERTIFICATE OF NOTICE
District/off: 0974-3          User: admin                 Page 1 of 2                  Date Rcvd: Nov 24, 2015
                              Form ID: b18                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 26, 2015.
db             #+Keisha Renee Newsom,    9078 Gramercy Drive, Apt 92,    San Diego, CA 92123-2359
smg            ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court:   State Board of Equalization,    P.O. Box 942879,
                 Sacramento, CA  94279)
smg             +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                 San Diego, CA 92108-4424
14014407        +Ad Astra Recovery Services,    8918 W 21st St. N, Suite 200,    Mailbox: 112,
                 Wichita, KS 67205-1880
14014408        +Ad Astra Recovery Services,    7330 W 33rd St N, Ste 118,    Wichita, KS 67205-9370
14014409        +Allgate Financial, LLC,    160 N Franklin St, Ste 30,    Chicago, IL 60606-1869
14014410        +Allied Interstate, Inc.,    435 Ford Rd., Ste. 800,    Minneapolis, MN 55426-1066
14014411        +BYL Services,    301 Lacey Street,    West Chester, PA 19382-3727
14014414       ++CALIFORNIA ACCOUNTS SERVICE,    329 VAN HOUTEN AVE,    EL CAJON CA 92020-5128
               (address filed with court:   California Accounts Services,    329 Vanhouten,    El Cajon, CA 92020)
14014412        +Caine & Weiner,    Po Box 5010,   Woodland Hills, CA 91365-5010
14014413        +California Accounts Services,    PO Box 206,    Oceanside, CA 92049-0206
14014417        +City Of San Diego,    Attn:Collections Program,    Po Box 129039,    San Diego, CA 92112-9039
14014418        +Core Capital Management,    2146 Roswell Rd, Ste 108-623,    Marietta, GA 30062-3802
14014421        +Diversity Collection,    555 Mccormick St,    San Leandro, CA 94577-1107
14014422        +ECMC,   PO Box 16408,    St. Paul, MN 55116-0408
14014424         Equifax Corporation,    PO Box 740241,    Atlanta, GA 30374-0241
14014425        +Experian Corporation,    PO Box 2002,    Allen, TX 75013-2002
14014426        +Financial Asset Management Sys,    1967 Lakeside Pkwy, Ste 402,    Tucker, GA 30084-5867
14014429        +Gila, LLC,    8325 Tuscany Way, Bldg 4,    Austin, TX 78754-4734
14014431        +Harris & Harris,    111 W Jackson Blvd, Ste 400,    Chicago, IL 60604-4135
14014434        +JPMorgan Chase Bank, NA,    PO Box 659754,    San Antonio, TX 78265-9754
14014435        +Municipal Services Bureau,    8325 Tuscany Way, Ste 4,    Austin, TX 78754-4734
14014437        +Performant Financial Corp,    333 N Canyons Pkwy, Ste 100,    Livermore, CA 94551-9480
14014438        +Progressive Management,    PO Box 2220,    West Covina, CA 91793-2220
14014439        +Riverside County Court,    505 S. Buena Vista Rm. 201,    Corona, CA 92882-1901
14014440        +Trans Union Corporation,    2 Baldwin Place,    PO Box 1000,    Crum Lynne, PA 19022-1370
14014443         US Dept Of Ed/Gsl/Atl,    PO Box 4222,    Iowa City, IA 52244
14014442        +Universal Financial Co,    1212 E Las Tunas Dr,    San Gabriel, CA 91776-1704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: robertsl2@dnb.com Nov 25 2015 00:42:25     Dun & Bradstreet,
                 Attn: Lynne Roberts, 2nd Floor,   3501 Corporate Parkway,    PO Box 520,
                 Center Valley, PA  18034-0520
smg            +EDI: EDD.COM Nov 25 2015 00:38:00     Employment Develop. Dept., State of CA,
                 Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Nov 25 2015 00:38:00     Franchise Tax Board,    Attn: Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             E-mail/Text: ustp.region15@usdoj.gov Nov 25 2015 00:42:12     United States Trustee,
                 Office of the U.S. Trustee,    402 West Broadway, Ste. 600,    San Diego, CA  92101-8511
14014415       +EDI: CHASE.COM Nov 25 2015 00:38:00     Chase,    Att: Banktruptcy Dept.,    PO Box 15298,
                 Wilmintgon, DE 19850-5298
14014416       +E-mail/Text: kking@checkintocash.com Nov 25 2015 00:42:37     Check Into Cash,
                 201 Keith St, Ste 80,    Cleveland, TN 37311-5867
14014420       +EDI: CREDPROT.COM Nov 25 2015 00:38:00     Credit Protection Association,
                 13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14014419       +EDI: CREDPROT.COM Nov 25 2015 00:38:00     Credit Protection Association,    Attn: Bankruptcy,
                 PO Box 802068,    Dallas, TX 75380-2068
14014423       +E-mail/Text: bknotice@erccollections.com Nov 25 2015 00:42:21     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14014427       +EDI: AMINFOFP.COM Nov 25 2015 00:38:00     First Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
14014428       +EDI: AMINFOFP.COM Nov 25 2015 00:38:00     First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14014430       +E-mail/Text: bk@reliantfinance.com Nov 25 2015 00:42:13     Gold Acceptance,
                 500 City Pkwy W, Ste 400,    Orange, CA 92868-2941
14014432       +EDI: IIC9.COM Nov 25 2015 00:38:00     IC System,    Attn: Bankruptcy,
                 444 Hwy 96 E, PO Box 64378,    St. Paul, MN 55164-0378
14014433        EDI: JEFFERSONCAP.COM Nov 25 2015 00:38:00     Jefferson Capital Systems,    16 Mcleland Rd.,
                 Saint Cloud, MN 56303
14014441       +E-mail/Text: ebn@unique-mgmt.com Nov 25 2015 00:42:32     Unique National Collection,
                 119 E Maple St,    Jeffersonville, IN 47130-3439
                                                                                               TOTAL: 15
```

```
District/off: 0974-3           User: admin              Page 2 of 2                 Date Rcvd: Nov 24, 2015
                               Form ID: b18             Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Dun & Bradstreet,   Attn: Lynne Roberts, 2nd Floor,   3501 Corporate Parkway,   PO Box 520,
               Center Valley, PA  18034-0520
14014436    ##+OCS Recovery, Inc.,   109 S Main St,   Lake Elsinore, CA 92530-4128
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2015 at the address(es) listed below:
              Daniel Guinn Shay    on behalf of Debtor Keisha Renee Newsom DanielShay@SanDiegoBankruptcyNow.com,
               IGNSDBK@Gmail.com
              Gerald H. Davis    trustee7davis@gmail.com,  ghd@trustesolutions.net
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 3
```